# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRITNEY ABRAHAMS,<br><br>Plaintiff,<br><br>-against-<br><br>WORLD WRESTLING ENTERTAINMENT, INC.<br>CHRIS DUNN, individually<br>RYAN CALLAHAN, individually<br>JENNIFER PEPPERMAN, individually<br>CHRISTINE LUBRANO, individually<br>MIKE HELLER, individually<br>VINCE MCMAHON, individually<br>STEPHANIE MCMAHON, individually<br><br>Defendants. | Civil Action No. 1:23-cv-03109<br><br>**WORLD WRESTLING ENTERTAINMENT, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant World Wrestling Entertainment, Inc. ("WWE") certifies that it is a publicly traded Delaware corporation (NYSE: WWE) with a Connecticut principal place of business.

WWE further certifies that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

While not required by Rule 7.1, WWE further states that it entered into a transaction agreement on April 2, 2023 with Endeavor Group Holdings, Inc. ("Endeavor"; NYSE: EDR), and various other WWE and Endeavor subsidiaries, pursuant to which, among other things, WWE and Endeavor agreed to combine the businesses of WWE and Zuffa Parent, LLC ("HoldCo"), a wholly-owned subsidiary of Endeavor which owns and operates the Ultimate Fighting Championship, which combined business will be managed by a new publicly traded company ("New PubCo"). Upon closing, Endeavor and its subsidiaries are expected to collectively own 51% of the voting power of New PubCo and 51% of the economic interests in

HoldCo, with former securityholders of WWE effectively owning 49% of the economic interests in HoldCo, 49% of the voting power of New PubCo and 100% of the economic ownership of New PubCo, in each case on a fully diluted basis.

| | |
|---|---|
| Dated: Los Angeles, California<br>June 21, 2023 | **O'MELVENY & MYERS LLP**<br><br>By:   /s/ *Molly M. Lens*  <br>       Molly M. Lens<br><br>Molly M. Lens<br>mlens@omm.com<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, California  90067<br>Telephone: (310) 553-6700<br>Facsimile: (310) 246-6779<br><br>Jeffrey I. Kohn<br>jkohn@omm.com<br>Salvatore J. Cocchiaro<br>scocchiaro@omm.com<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br><br>*Counsel for Defendant*<br>*World Wrestling Entertainment, Inc.* |