# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRITNEY ABRAHAMS,<br><br>                Plaintiff,<br><br>-against-<br><br>WORLD WRESTLING ENTERTAINMENT, INC.<br>CHRIS DUNN, individually<br>RYAN CALLAHAN, individually<br>JENNIFER PEPPERMAN, individually<br>CHRISTINE LUBRANO, individually<br>MIKE HELLER, individually<br>VINCE MCMAHON, individually<br>STEPHANIE MCMAHON, individually<br><br>                Defendants. | Civil Action No. 1:23-cv-03109<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT** |

Plaintiff Britney Abrahams ("Plaintiff") and Defendants World Wrestling Entertainment, Inc., Chris Dunn, Ryan Callahan, Jennifer Pepperman, Christine Lubrano. Mike Heller, Vince McMahon, and Stephanie McMahon ("Defendants" and, collectively with Plaintiff, the "Parties") stipulate as follows:

**WHEREAS**, Plaintiff filed the complaint ("Complaint") on April 24, 2023 (Dkt. 1);

**WHEREAS**, Defendants' deadline to respond to the Complaint is currently June 26, 2023;

**WHEREAS**, the Parties have agreed to extend Defendants' time to move, answer, or otherwise respond to the Complaint until September 5, 2023;

**WHEREAS**, this is the first requested extension of Defendants' response date.

**IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel of record, that Defendants' deadline to answer or otherwise plead to the Complaint is extended to September 5, 2023.

| | |
|---|---|
| Dated: Los Angeles, California<br>June 21, 2023 | **O'MELVENY & MYERS LLP**<br><br>By:  */s/ Molly M. Lens*<br>    Molly M. Lens<br><br>Molly M. Lens<br>mlens@omm.com<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, California  90067<br>Telephone: (310) 553-6700<br>Facsimile: (310) 246-6779<br><br>Jeffrey I. Kohn<br>jkohn@omm.com<br>Salvatore J. Cocchiaro<br>scocchiaro@omm.com<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br><br>*Counsel for Defendants World Wrestling Entertainment, Inc., Chris Dunn, Ryan Callahan, Jennifer Pepperman, Christine Lubrano, Mike Heller, Vince McMahon, and Stephanie McMahon* |
| Dated: New York, New York<br>June 21, 2023 | **THE COCHRAN FIRM**<br><br>By:  */s/ Derek S. Sells*<br>    Derek S. Sells<br><br>Derek S. Sells<br>One Exchange Plaza<br>55 Broadway, 23rd Floor<br>New York, New York 10279<br>Telephone: (212) 553-9215<br>Facsimile: (212) 227-8763<br><br>*Counsel for Plaintiff Britney Abrahams* |

**SO ORDERED**:

_____

Hon. Frederic Block
United States District Judge

DATE:_____