UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
BRITNEY ABRAHAMS

                       Plaintiff,

-against-

WORLD WRESTLING ENTERTAINMENT, INC.
CHRIS DUNN, individually
RYAN CALLAHAN, individually
JENIFFER PEPPERMAN, individually
CHRISTINE LUBRANO, individually
MIKE HELLER, individually
VINCE MCMAHON, individually
STEPHANIE MCMAHON, individually

                       Defendants.
-------------------------------------------------------------------X

Civil Action No.: 1-23-cv-03109

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Britney Abrahams, by and through her attorneys, THE COCHRAN FIRM, hereby gives notice that the above captioned action is voluntarily discontinued without prejudice as to all claims and causes of action against defendants CHRIS DUNN, individually, RYAN CALLAHAN, individually, JENIFFER PEPPERMAN, individually, CHRISTINE LUBRANO, individually, MIKE HELLER, individually, VINCE MCMAHON, individually, STEPHANIE MCMAHON, individually, with each party bearing that party's own attorney's fees and costs. Dismissal is proper under this section because the Defendants have not yet answered the complaint in this matter.

Dated: August 17, 2023

THE COCHRAN FIRM

Attorneys for Plaintiff

/s/ Derek S. Sells

_____
DEREK S. SELLS, ESQ.
55 Broadway, 23rd Floor
New York, NY 10006
(212) 553-9215 (Tel. No.)
(212) 227-8763 (Facsimile)

dsells@cochranfirm.com