# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRITNEY ABRAHAMS,<br><br>Plaintiff,<br><br>-against-<br><br>WORLD WRESTLING ENTERTAINMENT, INC.<br><br>Defendant. | Civil Action No. 1:23-cv-03109<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT** |

Plaintiff Britney Abrahams ("Plaintiff") and Defendant World Wrestling Entertainment, Inc. ("Defendant" and, collectively with Plaintiff, the "Parties") stipulate as follows:

**WHEREAS**, Plaintiff filed the complaint ("Complaint") on April 24, 2023 against Defendant and seven individual defendants (Dkt. 1);

**WHEREAS**, at the Parties' request, the Court previously extended Defendant's time to move, answer, or otherwise respond to the Complaint to September 5, 2023 (Dkt. 17);

**WHEREAS**, on August 17, 2023, Plaintiff voluntarily dismissed her claims against the seven individual defendants (Dkt. 18);

**WHEREAS**, the Parties have agreed to further extend Defendant's time to move, answer, or otherwise respond to the Complaint until November 3, 2023;

**WHEREAS**, this is the second requested extension of Defendant's response date and the Parties do not anticipate any further requests to extend Defendant's response date.

**IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel of record, that Defendant's deadline to answer or otherwise plead to the Complaint is extended to November 3, 2023.

Dated: Los Angeles, California
      August 25, 2023

**O'MELVENY & MYERS LLP**

By:    */s/ Molly M. Lens*
         Molly M. Lens

Molly M. Lens
mlens@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Jeffrey I. Kohn
jkohn@omm.com
Salvatore J. Cocchiaro
scocchiaro@omm.com
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Counsel for Defendant*

Dated: New York, New York
      August 25, 2023

**THE COCHRAN FIRM**

By:    */s/ Derek S. Sells*
         Derek S. Sells

Derek S. Sells
One Exchange Plaza
55 Broadway, 23rd Floor
New York, New York 10279
Telephone: (212) 553-9215
Facsimile: (212) 227-8763

*Counsel for Plaintiff*

**SO ORDERED**:

_____

Hon. Ramon E. Reyes, Jr.
United States Magistrate Judge

DATE:_____