## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRITNEY ABRAHAMS,<br><br>               Plaintiff,<br><br>-against-<br><br>WORLD WRESTLING ENTERTAINMENT, INC.<br><br>               Defendant. | Civil Action No. 1:23-cv-03109<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)** |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff BRITNEY ABRAHAMS, by and through her attorneys, THE COCHRAN FIRM, hereby gives notice that the above-captioned action (and all claims contained therein) is voluntarily dismissed with prejudice in its entirety. Plaintiff further gives notice of her request that the claims previously dismissed on August 17, 2023 without prejudice be now deemed dismissed with prejudice. Each party shall bear that party's own attorney's fees and costs. Dismissal is proper under this section because no party has yet answered the complaint in this matter.

Dated: New York, New York  
       October 13, 2023

**THE COCHRAN FIRM**

By:   */s/*_____  
      Derek S. Sells

Derek S. Sells  
One Exchange Plaza  
55 Broadway, 23rd Floor  
New York, New York 10279  
Telephone: (212) 553-9215  
Facsimile: (212) 227-8763

*Counsel for Plaintiff*